USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: __________
DATE FILED: 10-23-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

**-against-**

**HUSSEIN KOURANI,**

**Defendants.**

---------------------------------------------------------------- x

**26-CR-36 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Change of Plea Hearing is scheduled for **November 10, 2026**, at **12:30 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**October 23, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**